**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jaques D. RANDOLPH, Defendant–**
**Appellant.**

No. 14–10941
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Sept. 16, 2014.

Susan Hollis Rothstein–Youakim, Natalie Hirt Adams, Arthur Lee Bentley, III, Stacie B. Harris, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Thomas A. Burns, Burns, PA, Tampa, FL, Jaques D. Randolph, FCI Coleman Medium–Inmate Legal Mail, Coleman, FL, for Defendant–Appellant.

Before WILLIAM PRYOR, MARTIN, and ROSENBAUM, Circuit Judges.

PER CURIAM:

Thomas A. Burns, appointed counsel for Jaques Randolph in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Randolph's conviction and sentence are **AFFIRMED.**